J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Nicole L. Drey (SBN 250235)
*nicole@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:  (818) 500-3200
Facsimile:   (818) 502-3201

Attorneys for Plaintiffs
Twentieth Century Fox Film Corporation
and Warner Bros. Entertainment Inc.

Crystal Brooks a/k/a Crystal Miller,
an individual and d/b/a www.classictv4u.com
*tracerailey2@yahoo.com*
157 Beaubouef Rd.
Deville, LA 71328
Telephone:  (318) 466-9182

Defendant, *in pro se*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Twentieth Century Fox Film Corporation and Warner Bros. Entertainment Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Crystal Brooks a/k/a Crystal Miller, an individual and d/b/a www.classictv4u.com and Does 1 through 10, inclusive, <br><br> Defendants. | Case No. CV11-03995 AHM (SSx) <br><br> CONSENT DECREE AND PERMANENT INJUNCTION |

     The Court, having read and considered the Joint Stipulation for Entry of Consent Decree and Permanent Injunction that has been executed by Plaintiffs Twentieth Century Fox Film Corporation and Warner Bros. Entertainment Inc. (collectively "Plaintiffs") and Defendant Crystal Brooks a/k/a Crystal Miller, an

individual and d/b/a www.classictv4u.com ("Defendant"), in this action, and good cause appearing therefore, hereby:

ORDERS that based on the Parties' stipulation and only as to Defendant, her successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

1) This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq.*, and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendant.

2) Plaintiffs own or control the copyright or pertinent exclusive right to distribute or license the distribution of home video and digital products, including video home cassettes (VHS) as well as optical discs, including, but not limited to, video compact discs (VCDs), digital versatile discs (DVDs) and Blu-ray discs (collectively "Media Products") incorporating the motion picture or television titles subject to the copyright registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference  (collectively referred to herein as "Plaintiffs' Works").

3) Plaintiffs have alleged that Defendant has made unauthorized uses of Plaintiffs' Works or substantially similar likenesses or colorable imitations thereof.

4) Defendant and her agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with him who receive actual notice of the Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading anyone to infringe in any manner Plaintiffs' Works, including, but not limited to, the following:

    a) Copying, reproducing, downloading, distributing, uploading, linking to, transmitting, or publicly performing, or using trademarks, trade names or

logos in connection with unauthorized Media Products containing any of Plaintiffs' Works;

    b)    Enabling, facilitating, permitting, assisting, soliciting, encouraging, abetting, or inducing any person or entity to copy, reproduce, download, distribute, upload, link to, transmit, or publicly perform any of Plaintiffs' Works; or

    c)    Profiting from the unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiffs' Works while declining to exercise a right to stop or limit such unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiffs' Works.

5) Each side shall bear its own fees and costs of suit.

6) The Default Judgment entered on or about January 9, 2012, shall be vacated in its entirety.

7) Except as provided herein, all claims alleged in the Complaint are dismissed with prejudice.

8) This Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court.

9) The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendant.

10) The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

11) The above-captioned action, shall, upon filing by Plaintiffs of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation,

and requesting entry of judgment against Defendant, be reopened should Defendant default under the terms of the Settlement Agreement.

12) This Court shall retain jurisdiction over Defendant for the purpose of making further orders necessary or proper for the construction or modification of this consent decree and judgment; the enforcement hereof; the punishment of any violations hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this action.

DATED: June 4, 2012

_____
Hon. A. Howard Matz
Judge, United States District Court
for the Central District of California

PRESENTED BY:

J. Andrew Coombs, A Prof. Corp.

By: _____
    J. Andrew Coombs
    Nicole L. Drey
Attorneys for Plaintiffs Twentieth Century Fox Film Corporation and Warner Bros. Entertainment Inc.

Crystal Brooks a/k/a Crystal Miller, an individual and d/b/a www.classictv4u.com

By: _____
    Crystal Brooks a/k/a Crystal Miller,
    an individual and d/b/a
    www.classictv4u.com
Defendant, *in pro se*

# EXHIBIT A

# PLAINTIFFS' WORKS

| Copyright Registration Number: | Title of Work: | Copyright Owner: |
|---|---|---|
| PA 403-905 | China Beach | Warner Bros. Entertainment Inc. |
| PA 400-694 | China Beach: Home | Warner Bros. Entertainment Inc. |
| PA 403-909 | China Beach: Hot Spell | Warner Bros. Entertainment Inc. |
| PA 403-906 | China Beach: Somewhere Over the Radio | Warner Bros. Entertainment Inc. |
| PA 403-922 | China Beach: Waiting For Beckett | Warner Bros. Entertainment Inc. |
| PA 403-916 | China Beach: Brothers | Warner Bros. Entertainment Inc. |
| PA 403-912 | China Beach: Chao Ong | Warner Bros. Entertainment Inc. |
| PA 438-763 | China Beach: Lost and Found Part I | Warner Bros. Entertainment Inc. |
| PA 438-764 | China Beach: Lost and Found Part II | Warner Bros. Entertainment Inc. |
| PA 438-765 | China Beach: Limbo | Warner Bros. Entertainment Inc. |
| PA 438-766 | China Beach: Xmas-CHNBCH VN '67 | Warner Bros. Entertainment Inc. |
| PA 438-768 | China Beach: Women in White | Warner Bros. Entertainment Inc. |
| PA 438-767 | China Beach: All About E.E.V. | Warner Bros. Entertainment Inc. |
| PA 438-769 | China Beach: Tet '68 | Warner Bros. Entertainment Inc. |
| PA 438-770 | China Beach: Cherry | Warner Bros. Entertainment Inc. |
| PA 438-771 | China Beach: Crossing Great Waters | Warner Bros. Entertainment Inc. |
| PA 438-772 | China Beach: | Warner Bros. |

|  | Psywars | Entertainment Inc. |
|---|---|---|
| PA 438-774 | China Beach: Where the Boys Are | Warner Bros. Entertainment Inc. |
| PA 438-773 | China Beach: Vets | Warner Bros. Entertainment Inc. |
| PA 438-775 | China Beach: Twilight | Warner Bros. Entertainment Inc. |
| PA 438-776 | China Beach: Afterburner | Warner Bros. Entertainment Inc. |
| PA 438-777 | China Beach: Promised Land | Warner Bros. Entertainment Inc. |
| PA 438-778 | China Beach: The World – Part I | Warner Bros. Entertainment Inc. |
| PA 438-779 | China Beach: The World – Part II | Warner Bros. Entertainment Inc. |
| PA 500-752 | China Beach: The Unquiet Earth | Warner Bros. Entertainment Inc. |
| PA 500-750 | China Beach: Skin Deep | Warner Bros. Entertainment Inc. |
| PA 500-751 | China Beach: Dear China Beach | Warner Bros. Entertainment Inc. |
| PA 500-753 | China Beach: Who's Happy Now? | Warner Bros. Entertainment Inc. |
| PA 500-755 | China Beach: Independence Day | Warner Bros. Entertainment Inc. |
| PA 500-756 | China Beach: Ghosts | Warner Bros. Entertainment Inc. |
| PA 500-757 | China Beach: With a Little Help From My Friends | Warner Bros. Entertainment Inc. |
| PA 500-754 | China Beach: China Men | Warner Bros. Entertainment Inc. |
| PA 500-758 | China Beach: How To Stay Alive in Vietnam, Part I | Warner Bros. Entertainment Inc. |
| PA 500-759 | China Beach: How To Stay Alive in Vietnam, Part II | Warner Bros. Entertainment Inc. |
| PA 500-760 | China Beach: Magic | Warner Bros. Entertainment Inc. |

| | | |
|---|---|---|
| PA 500-761 | China Beach: Nightfall | Warner Bros. Entertainment Inc. |
| PA 500-763 | China Beach: Souvenirs | Warner Bros. Entertainment Inc. |
| PA 500-762 | China Beach: Holly's Choice | Warner Bros. Entertainment Inc. |
| PA 500-764 | China Beach: A Rumor of Peace | Warner Bros. Entertainment Inc. |
| PA 500-765 | China Beach: Warriors | Warner Bros. Entertainment Inc. |
| PA 500-766 | China Beach: The Thanks of a Grateful Nation | Warner Bros. Entertainment Inc. |
| PA 500-768 | China Beach: Skylark | Warner Bros. Entertainment Inc. |
| PA 500-769 | China Beach: Phoenix | Warner Bros. Entertainment Inc. |
| PA 500-770 | China Beach: F.N.G. | Warner Bros. Entertainment Inc. |
| PA 500-771 | China Beach: The Gift | Warner Bros. Entertainment Inc. |
| PA 500-767 | China Beach: Strange Brew | Warner Bros. Entertainment Inc. |
| PA 521-511 | China Beach: History, Part I "The Big Bang" | Warner Bros. Entertainment Inc. |
| PA 521-513 | China Beach: History, Part 2 "She Sells More..." | Warner Bros. Entertainment Inc. |
| PA 521-509 | China Beach: You, Babe | Warner Bros. Entertainment Inc. |
| PA 521-499 | China Beach: Escape | Warner Bros. Entertainment Inc. |
| PA 521-514 | China Beach: Fever | Warner Bros. Entertainment Inc. |
| PA 521-512 | China Beach: Juice | Warner Bros. Entertainment Inc. |
| PA 521-510 | China Beach: One Giant Leap | Warner Bros. Entertainment Inc. |

| | | |
|---|---|---|
| PA 521-508 | China Beach: One Small Step | Warner Bros. Entertainment Inc. |
| PA 521-503 | China Beach: The Call | Warner Bros. Entertainment Inc. |
| PA 521-504 | China Beach: I Could Have Danced...But Didn't | Warner Bros. Entertainment Inc. |
| PA 521-501 | China Beach: 100 Klicks Out | Warner Bros. Entertainment Inc. |
| PA 521-500 | China Beach: The Always Goodbye | Warner Bros. Entertainment Inc. |
| PA 521-502 | China Beach: Quest | Warner Bros. Entertainment Inc. |
| PA 521-505 | China Beach: Rewind | Warner Bros. Entertainment Inc. |
| PA 521-506 | China Beach: Through and Through | Warner Bros. Entertainment Inc. |
| PA 521-507 | China Beach: Hello Goodbye | Warner Bros. Entertainment Inc. |
| PA 307-980 | L.A. Law: Season 1 Pilot | Twentieth Century Fox Film Corporation |
| PA 310-162 | L.A. Law: Season 1 Those Lips, That Eye | Twentieth Century Fox Film Corporation |
| PA 308-862 | L.A. Law: Season 1 The House of the Rising Flan | Twentieth Century Fox Film Corporation |
| PA 310-171 | L.A. Law: Season 1 The Princess and the Wiener King | Twentieth Century Fox Film Corporation |
| PA 310-172 | L.A. Law: Season 1 Simian Chanted Evening | Twentieth Century Fox Film Corporation |
| PA 310-173 | L.A. Law: Season 1 Slum Enchanted Evening | Twentieth Century Fox Film Corporation |
| PA 310-126 | L.A. Law: Season 1 Raiders of the Lost Bark | Twentieth Century Fox Film Corporation |
| PA 310-128 | L.A. Law: Season 1 Gibbon Take | Twentieth Century Fox Film Corporation |
| PA 313-691 | L.A. Law: Season 1 The Venus Butterfly | Twentieth Century Fox Film Corporation |
| PA 313-719 | L.A. Law: Season 1 | Twentieth Century Fox |

| | | Fry Me to the Moon | Film Corporation |
|---|---|---|---|
| | PA 320-241 | L.A. Law: Season 1 El Sid | Twentieth Century Fox Film Corporation |
| | PA 317-969 PA 415-690 (Form CA) | L.A. Law: Season 1 Sidney, the Dead-Nosed Reindeer | Twentieth Century Fox Film Corporation |
| | PA 314-889 PA 415-691 (Form CA) | L.A. Law: Season 1 Prince Kuzak in a Can | Twentieth Century Fox Film Corporation |
| | PA 317-907 | L.A. Law: Season 1 The Douglas Fir Ball | Twentieth Century Fox Film Corporation |
| | PA 317-902 | L.A. Law: Season 1 December Bribe | Twentieth Century Fox Film Corporation |
| | PA 317-634 | L.A. Law: Season 1 Beef Jerky | Twentieth Century Fox Film Corporation |
| | PA 317-833 | L.A. Law: Season 1 Becker on the Rox | Twentieth Century Fox Film Corporation |
| | PA 317-636 | L.A. Law: Season 1 Fifty Ways to Floss Your Lover | Twentieth Century Fox Film Corporation |
| | PA 325-226 | L.A. Law: Season 1 The Grace of Wrath | Twentieth Century Fox Film Corporation |
| | PA 333-122 | L.A. Law: Season 1 Sparky Brackman R.I.P. ? | Twentieth Century Fox Film Corporation |
| | PA 331-420 | L.A. Law: Season 1 Oy Vey!  Wilderness! | Twentieth Century Fox Film Corporation |
| | PA 331-419 | L.A. Law: Season 1 Pigmalion | Twentieth Century Fox Film Corporation |
| | PA 345-161 | L.A. Law: Season 2 The Lung Goodbye | Twentieth Century Fox Film Corporation |
| | PA 345-156 | L.A. Law: Season 2 The Wizard of Odds | Twentieth Century Fox Film Corporation |
| | PA 352-100 | L.A. Law: Season 2 Cannon of Ethics | Twentieth Century Fox Film Corporation |
| | PA 350-920 | L.A. Law: Season 2 Brackman Vasektimized | Twentieth Century Fox Film Corporation |
| | PA 352-086 | L.A. Law: Season 2 The Brothers Grimm | Twentieth Century Fox Film Corporation |
| | PA 352-084 | L.A. Law: Season 2 | Twentieth Century Fox |

|  | Auld L'Anxiety | Film Corporation |
| --- | --- | --- |
| PA 352-085 | L.A. Law: Season 2 Rohner vs. Gradinger | Twentieth Century Fox Film Corporation |
| PA 354-735 | L.A. Law: Season 2 Goldilocks and the Three Barristers | Twentieth Century Fox Film Corporation |
| PA 354-886 | L.A. Law: Season 2 Divorce with Extreme Prejudice | Twentieth Century Fox Film Corporation |
| PA 354-887 | L.A. Law: Season 2 Full Marital Jacket | Twentieth Century Fox Film Corporation |
| PA 359-253 | L.A. Law: Season 2 Gorilla My Dreams | Twentieth Century Fox Film Corporation |
| PA 372-148 | L.A. Law: Season 2 Hand Roll Express | Twentieth Century Fox Film Corporation |
| PA 372-149 | L.A. Law: Season 2 Beauty and Obese | Twentieth Century Fox Film Corporation |
| PA 372-116 | L.A. Law: Season 2 Pettycoat Injunction | Twentieth Century Fox Film Corporation |
| PA 372-147 | L.A. Law: Season 2 The Bald Ones | Twentieth Century Fox Film Corporation |
| PA 393-679 | L.A. Law: Season 2 Fetus Completus | Twentieth Century Fox Film Corporation |
| PA 376-528 | L.A. Law: Season 2 Belle of the Bald | Twentieth Century Fox Film Corporation |
| PA 376-529 | L.A. Law: Season 2 Open Heart Perjury | Twentieth Century Fox Film Corporation |
| PA 393-680 | L.A. Law: Season 2 Leapin' Lizards | Twentieth Century Fox Film Corporation |
| PA 393-678 | L.A. Law: Season 2 Chariots of Meyer | Twentieth Century Fox Film Corporation |
| PA 399-135 | L.A. Law: Season 3 Hey, Lick Me Over | Twentieth Century Fox Film Corporation |
| PA 399-136 | L.A. Law: Season 3 The Son Also Rises | Twentieth Century Fox Film Corporation |
| PA 403-645 | L.A. Law: Season 3 Romancing the Drone | Twentieth Century Fox Film Corporation |
| PA 400-880 | L.A. Law: Season 3 Sperminator | Twentieth Century Fox Film Corporation |
| PA 400-890 | L.A. Law: Season 3 | Twentieth Century Fox |

|  |  |  |
|---|---|---|
|  | The Princess and the Pee | Film Corporation |
| PA 400-886 | L.A. Law: Season 3 Dummy Dearest | Twentieth Century Fox Film Corporation |
| PA 408-457 | L.A. Law: Season 3 To Live and Diet in L.A. | Twentieth Century Fox Film Corporation |
| PA 403-647 | L.A. Law: Season 3 I'm in the Nude for Love | Twentieth Century Fox Film Corporation |
| PA 408-406 | L.A. Law: Season 3 Victor/Victorious | Twentieth Century Fox Film Corporation |
| PA 408-037 | L.A. Law: Season 3 The Plane Mutiny | Twentieth Century Fox Film Corporation |
| PA 408-087 | L.A. Law: Season 3 Izzy Ackerman or Is He Not | Twentieth Century Fox Film Corporation |
| PA 408-038 | L.A. Law: Season 3 The Accidental Jurist | Twentieth Century Fox Film Corporation |
| PA 415-429 | L.A. Law: Season 3 Barstow Bound | Twentieth Century Fox Film Corporation |
| PA 415-427 | L.A. Law: Season 3 Leave it to Geezer | Twentieth Century Fox Film Corporation |
| PA 415-426 | L.A. Law: Season 3 The Unbearable Lightness of Boring | Twentieth Century Fox Film Corporation |
| PA 418-825 | L.A. Law: Season 3 His Suit Is Hirsute | Twentieth Century Fox Film Corporation |
| PA 434-601 | L.A. Law: Season 3 America the Beautiful | Twentieth Century Fox Film Corporation |
| PA 418-813 | L.A. Law: Season 3 Urine Trouble Now | Twentieth Century Fox Film Corporation |
| PA 418-827 | L.A. Law: Season 3 Consumed Innocent | Twentieth Century Fox Film Corporation |
| PA 439-160 | L.A. Law: Season 4 The Unsterile Cuckoo | Twentieth Century Fox Film Corporation |
| PA 439-161 | L.A. Law: Season 4 Captain Hurt | Twentieth Century Fox Film Corporation |
| PA 439-162 | L.A. Law: Season 4 When Irish Eyes Are Smiling | Twentieth Century Fox Film Corporation |
| PA 439-163 | L.A. Law: Season 4 The Mouse That Soared | Twentieth Century Fox Film Corporation |

| | | |
|---|---|---|
| PA 439-164 | L.A. Law: Season 4<br>One Rat, One Ranger | Twentieth Century Fox Film Corporation |
| PA 453-197 | L.A. Law: Season 4<br>Lie Down and Deliver | Twentieth Century Fox Film Corporation |
| PA 453-198 | L.A. Law: Season 4<br>Placenta Claus Is Coming to Town | Twentieth Century Fox Film Corporation |
| PA 468-466 | L.A. Law: Season 4<br>The Good Human Bar | Twentieth Century Fox Film Corporation |
| PA 453-199 | L.A. Law: Season 4<br>Noah's Bark | Twentieth Century Fox Film Corporation |
| PA 453-291 | L.A. Law: Season 4<br>The Pay's Lousy, But the Tips Are Great | Twentieth Century Fox Film Corporation |
| PA 453-200 | L.A. Law: Season 4<br>True Brit | Twentieth Century Fox Film Corporation |
| PA 468-467 | L.A. Law: Season 4<br>On Your Honor | Twentieth Century Fox Film Corporation |
| PA 453-201 | L.A. Law: Season 4<br>Whatever Happened to Hannah? | Twentieth Century Fox Film Corporation |
| PA 453-292 | L.A. Law: Season 4<br>Ex-Wives and Videotape | Twentieth Century Fox Film Corporation |
| PA 469-454 | L.A. Law: Season 4<br>Blood, Sweat and Fears | Twentieth Century Fox Film Corporation |
| PA 468-024 | L.A. Law: Season 4<br>Bound for Glory | Twentieth Century Fox Film Corporation |
| PA 468-027 | L.A. Law: Season 4<br>Justice Swerved | Twentieth Century Fox Film Corporation |
| PA 468-026 | L.A. Law: Season 4<br>Watts a Matter? | Twentieth Century Fox Film Corporation |
| PA 468-028 | L.A. Law: Season 4<br>Bang… Zoom… Zap | Twentieth Century Fox Film Corporation |
| PA 468-025 | L.A. Law: Season 4<br>Forgive Me Father, for I have Sued | Twentieth Century Fox Film Corporation |
| PA 468-468 | L.A. Law: Season 4<br>Outward Bound | Twentieth Century Fox Film Corporation |
| PA 468-469 | L.A. Law: Season 4<br>The Last Gasp | Twentieth Century Fox Film Corporation |

| | | |
|---|---|---|
| PA 481-331 | L.A. Law: Season 5 The Bitch Is Back | Twentieth Century Fox Film Corporation |
| PA 481-330 | L.A. Law: Season 5 Happy Trails | Twentieth Century Fox Film Corporation |
| PA 481-690 | L.A. Law: Season 5 Lie Harder | Twentieth Century Fox Film Corporation |
| PA 497-183 | L.A. Law: Season 5 Armand's Hammer | Twentieth Century Fox Film Corporation |
| PA 497-184 | L.A. Law: Season 5 Smoke Gets In Your Thighs | Twentieth Century Fox Film Corporation |
| PA 497-180 | L.A. Law: Season 5 Vowel Play | Twentieth Century Fox Film Corporation |
| PA 504-795 | L.A. Law: Season 5 New Kidney on the Block | Twentieth Century Fox Film Corporation |
| PA 504-794 | L.A. Law: Season 5 God Rest Ye Murray Gentleman | Twentieth Century Fox Film Corporation |
| PA 504-796 | L.A. Law: Season 5 Splatoon | Twentieth Century Fox Film Corporation |
| PA 501-259 | L.A. Law: Season 5 Pump It Up | Twentieth Century Fox Film Corporation |
| PA 501-260 | L.A. Law: Season 5 Rest in Pieces | Twentieth Century Fox Film Corporation |
| PA 501-453 | L.A. Law: Season 5 He's a Crowd | Twentieth Century Fox Film Corporation |
| PA 517-647 | L.A. Law: Season 5 Dances with Sharks | Twentieth Century Fox Film Corporation |
| PA 514-477 | L.A. Law: Season 5 The Gods Must Be Lawyers | Twentieth Century Fox Film Corporation |
| PA 517-644 | L.A. Law: Season 5 The Beverly Hills Hangers | Twentieth Century Fox Film Corporation |
| PA 502-215 | L.A. Law: Season 5 Good to the Last Drop | Twentieth Century Fox Film Corporation |
| PA 517-640 | L.A. Law: Season 5 Mutinies on the Banzai | Twentieth Century Fox Film Corporation |
| PA 517-642 | L.A. Law: Season 5 As God Is My Co- | Twentieth Century Fox Film Corporation |

|  | Defendant |  |
|---|---|---|
| PA 517-646 | L.A. Law: Season 5 Speak, Lawyers, for Me | Twentieth Century Fox Film Corporation |
| PA 526-447 | L.A. Law: Season 5 There Goes the Judge | Twentieth Century Fox Film Corporation |
| PA 502-213 | L.A. Law: Season 5 On the Toad Again | Twentieth Century Fox Film Corporation |
| PA 502-214 | L.A. Law: Season 5 Since I Fell for You | Twentieth Century Fox Film Corporation |
| PA 522-150 | L.A. Law: Season 6 Something Old, Something Nude | Twentieth Century Fox Film Corporation |
| PA 522-188 | L.A. Law: Season 6 TV or Not TV | Twentieth Century Fox Film Corporation |
| PA 522-483 | L.A. Law: Season 6 Do the Spike Thing | Twentieth Century Fox Film Corporation |
| PA 522-482 | L.A. Law: Season 6 Spleen It to Me, Lucy | Twentieth Century Fox Film Corporation |
| PA 522-603 | L.A. Law: Season 6 Monkey on My Back Lot | Twentieth Century Fox Film Corporation |
| PA 522-849 | L.A. Law: Season 6 Badfellas | Twentieth Century Fox Film Corporation |
| PA 522-760 | L.A. Law: Season 6 Lose the Boss | Twentieth Century Fox Film Corporation |
| PA 522-964 | L.A. Law: Season 6 The Nut Before Christmas | Twentieth Century Fox Film Corporation |
| PA 552-197 | L.A. Law: Season 6 Guess Who's Coming to Murder | Twentieth Century Fox Film Corporation |
| PA 552-198 | L.A. Law: Season 6 Back to the Suture | Twentieth Century Fox Film Corporation |
| PA 552-199 | L.A. Law: Season 6 All About Sleaze | Twentieth Century Fox Film Corporation |
| PA 556-282 | L.A. Law: Season 6 I'm Ready for My Closeup, Mr. Markowitz | Twentieth Century Fox Film Corporation |
| PA 555-950 | L.A. Law: Season 6 Steal it Again, Sam | Twentieth Century Fox Film Corporation |
| PA 555-631 | L.A. Law: Season 6 | Twentieth Century Fox |

|  | Diet, Diet My Darling | Film Corporation |
|---|---|---|
| PA 555-630 | L.A. Law: Season 6<br>Great Balls Afire | Twentieth Century Fox Film Corporation |
| PA 556-511 | L.A. Law: Season 6<br>From Here to Paternity | Twentieth Century Fox Film Corporation |
| PA 556-622 | L.A. Law: Season 6<br>P.S. Your Shrink Is Dead | Twentieth Century Fox Film Corporation |
| PA 556-804 | L.A. Law: Season 6<br>Love in Bloom | Twentieth Century Fox Film Corporation |
| PA 556-805 | L.A. Law: Season 6<br>Silence of the Lambskins | Twentieth Century Fox Film Corporation |
| PA 556-806 | L.A. Law: Season 6<br>Beauty and the Breast | Twentieth Century Fox Film Corporation |
| PA 556-807 | L.A. Law: Season 6<br>Double Breasted Suit | Twentieth Century Fox Film Corporation |
| PA 556-808 | L.A. Law: Season 6<br>Say Goodnight Gracie | Twentieth Century Fox Film Corporation |
| PA 574-378 | L.A. Law: Season 7<br>L.A. Lawless | Twentieth Century Fox Film Corporation |
| PA 574-379 | L.A. Law: Season 7<br>Second Time Around | Twentieth Century Fox Film Corporation |
| PA 574-423 | L.A. Law: Season 7<br>Zo Long | Twentieth Century Fox Film Corporation |
| PA 591-498 | L.A. Law: Season 7<br>My Friend Flicker | Twentieth Century Fox Film Corporation |
| PA 591-483 | L.A. Law: Season 7<br>Love on the Rox | Twentieth Century Fox Film Corporation |
| PA 591-559 | L.A. Law: Season 7<br>Helter Shelter | Twentieth Century Fox Film Corporation |
| PA 591-766 | L.A. Law: Season 7<br>Christmas Stalking | Twentieth Century Fox Film Corporation |
| PA 600-883 | L.A. Law: Season 7<br>Odor in the Court | Twentieth Century Fox Film Corporation |
| PA 592-076 | L.A. Law: Season 7<br>Spanky and the Art Gang | Twentieth Century Fox Film Corporation |
| PA 601-511 | L.A. Law: Season 7<br>Bare Witness | Twentieth Century Fox Film Corporation |
| PA 599-366 | L.A. Law: Season 7<br>Parent Trap | Twentieth Century Fox Film Corporation |
| PA 601-510 | L.A. Law: Season 7 | Twentieth Century Fox |

|  |  | Hello and Goodbye | Film Corporation |
| --- | --- | --- | --- |
|  | PA 601-509 | L.A. Law: Season 7 Where There's a Will | Twentieth Century Fox Film Corporation |
|  | PA 601-602 | L.A. Law: Season 7 F.O.B. | Twentieth Century Fox Film Corporation |
|  | PA 610-575 | L.A. Law: Season 7 Cold Shower | Twentieth Century Fox Film Corporation |
|  | PA 610-576 | L.A. Law: Season 7 That's Why The Lady Is a Stamp | Twentieth Century Fox Film Corporation |
|  | PA 610-577 | L.A. Law: Season 7 Come Rain or Come Schein | Twentieth Century Fox Film Corporation |
|  | PA 610-673 | L.A. Law: Season 7 Vindaloo in the Villows | Twentieth Century Fox Film Corporation |
|  | PA 610-675 | L.A. Law: Season 7 Testing, Testing, 1… 2… 3… 4 | Twentieth Century Fox Film Corporation |
|  | PA 610-674 | L.A. Law: Season 7 Bourbon Cowboy | Twentieth Century Fox Film Corporation |
|  | PA 628-123 | L.A. Law: Season 7 Hackett or Pack It | Twentieth Century Fox Film Corporation |
|  | PA 660-683 | L.A. Law: Season 8 Book or Renovation, Chapter 1 | Twentieth Century Fox Film Corporation |
|  | PA 660-674 | L.A. Law: Season 8 Leap of Faith | Twentieth Century Fox Film Corporation |
|  | PA 660-810 | L.A. Law: Season 8 How Much Is That Bentley in the Window | Twentieth Century Fox Film Corporation |
|  | PA 660-786 | L.A. Law: Season 8 Foreign Co-respondent | Twentieth Century Fox Film Corporation |
|  | PA 661-056 | L.A. Law: Season 8 The Green, Green Grass of Home | Twentieth Century Fox Film Corporation |
|  | PA 661-057 | L.A. Law: Season 8 Safe Sex | Twentieth Century Fox Film Corporation |
|  | PA 661-058 | L.A. Law: Season 8 Pacific Rimshot | Twentieth Century Fox Film Corporation |
|  | PA 661-368 | L.A. Law: Season 8 | Twentieth Century Fox |

|  | Eli's Gumming | Film Corporation |
|---|---|---|
| PA 661-463 | L.A. Law: Season 8 Rhyme and Punishment | Twentieth Century Fox Film Corporation |
| PA 684-097 | L.A. Law: Season 8 He Ain't Guilty, He's My Brother | Twentieth Century Fox Film Corporation |
| PA 684-260 | L.A. Law: Season 8 McKenzie, Brackman, Barnum & Bailey | Twentieth Century Fox Film Corporation |
| PA 684-467 | L.A. Law: Season 8 Cold Cuts | Twentieth Century Fox Film Corporation |
| PA 684-466 | L.A. Law: Season 8 The Age of Insolence | Twentieth Century Fox Film Corporation |
| PA 684-468 | L.A. Law: Season 8 God Is My Co-Counsel | Twentieth Century Fox Film Corporation |
| PA 684-469 | L.A. Law: Season 8 Three on a Patch | Twentieth Century Fox Film Corporation |
| PA 684-470 | L.A. Law: Season 8 Whose San Andreas Fault Is It, Anyway? | Twentieth Century Fox Film Corporation |
| PA 694-614 | L.A. Law: Season 8 Silence Is Golden | Twentieth Century Fox Film Corporation |
| PA 694-615 | L.A. Law: Season 8 Dead Issue | Twentieth Century Fox Film Corporation |
| PA 694-616 | L.A. Law: Season 8 Tunnel of Love | Twentieth Century Fox Film Corporation |
| PA 694-617 | L.A. Law: Season 8 How Am I Driving? | Twentieth Century Fox Film Corporation |
| PA 694-618 | L.A. Law: Season 8 Whistle Stop | Twentieth Century Fox Film Corporation |
| PA 684-832 | L.A. Law: Season 8 Finish Line | Twentieth Century Fox Film Corporation |